UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James Robinson, ) | C/A No. 3:12-3505-JFA-SVH |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| Karen Fryar, Solicitor; Vanessa Cooper, ) | |
| Solicitor; Warren Giese, Solicitor; John ) | |
| Breeden, Jr., Judge; Investigator G. Burns, ) | |
| CPD; and Donna Strom, Judge Family Court, ) | |
| ) | |
| Defendants. ) | |

By order entered April 9, 2013, this court adopted the Report and Recommendation of the Magistrate Judge in this case, and dismissed the plaintiff's action without prejudice and without issuance and service of process. Now before the court is the plaintiff's motion to amend his complaint because he realized some mistakes and would like to drop some of the defendants.

The court's April 9, 2013 order adequately sets forth its reasons for dismissing the action and this court sees no reason to disturb its ruling. Moreover, the matter has already been adjudicated and a judgment has been entered. Accordingly, the motion to amend the complaint or for reconsideration is denied.

IT IS SO ORDERED.

June 4, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge